**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**LISA SEEHAVER**                                                                            **PLAINTIFF**

**v.**                              **No. 3:16-CV-00260-JTK**

**NANCY A. BERRYHILL,**
**Acting Commissioner,**
**Social Security Administration**                                               **DEFENDANT**

## JUDGMENT

Pursuant to the order entered in this case on this date, it is CONSIDERED,

ORDERED, and ADJUDGED that the final decision of Nancy A. Berryhill, Acting

Commissioner of the Social Security Administration, is REVERSED, and this case is

REMANDED for proceedings specified in the Court's order.

So ordered this 27th day of December 2017.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE